### REED *v.* MAKEMSON.

From the Kosciusko Circuit Court.

*C. Clemans,* for appellant.

*J. H. Carpenter* and *W. S. Marshall,* for appellee.

WORDEN, J.—Complaint by the appellee against the appellant to foreclose a mortgage. Judgment by default.

It is assigned for error that the complaint does not state facts sufficient to constitute a cause of action. There is nothing in this assignment of error, as the complaint is clearly good.

It is also claimed by the appellant that the judgment was for thirty-eight dollars and eighty-seven cents too much.

This is admitted by the counsel for the appellee, and they have filed a remittitur for the excess.

The residue of the judgment, one thousand four hundred dollars, is affirmed, at the costs of the appellee.